UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-2050 JGB<br>6:21-bk-15157-MH | | Date | December 22, 2022 |
|---|---|---|---|---|
| Title | *In Re: Robert Nathan Reicher and Suzanne P. Carter-Reicher* | | | |

Present: The Honorable     JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:     Order to Show Cause (IN CHAMBERS)**

On November 17, 2022, Appellant Karl T. Anderson filed a notice of appeal.  ("Notice of Appeal," Dkt. No. 1.)  Within fourteen days after filing the notice of appeal, Appellant must file the following with the Clerk of the Bankruptcy Court:

- A designation of record
- A statement of issues on appeal
- A notice regarding the ordering of transcripts

(Dkt. No. 3.)  After the designated record is complete, the Clerk of the Bankruptcy Court will transmit to the Clerk of the District Court either the record for this appeal or notice that the record is available electronically.  The Clerk of the District Court will then issue a Notice Re: Bankruptcy Record Complete, which will constitute notice, pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), that the record has been received by the District Court.

The file in this case lacks the papers that would show it is being timely prosecuted. Accordingly, Appellant is ORDERED TO SHOW CAUSE in writing no later than **January 3, 2023** why this action should not be dismissed for lack of prosecution.  Appellant is advised that his failure to file a timely or inadequate response to this Order shall be deemed his consent to the dismissal of the action with prejudice.

**IT IS SO ORDERED.**